UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEN SAVAGE,<br><br>*Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-03046 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's February 1, 2022 Minute Order, Plaintiff Len Savage and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking ATF records regarding submission samples.  *See* ECF 1, Compl.

2. This Court ordered, *inter alia*, that the parties address propose a briefing schedule. February 1, 2022 Minute Order.

3. ATF completed an initial search and released records in November 2021.  ATF is currently completing a supplemental search and does not have a page count for the number of records that may need to be reviewed and processed, but ATF anticipates that there may be additional documents that need to be produced.  ATF expects to complete its supplemental search by the end of March 2022.

4. Once ATF releases all non-exempt records, counsel for the parties will confer and attempt to narrow or resolve any substantive issues of disagreement.  To that end, since there is

limited information available at this time, it is impractical to propose a schedule for completing the releases. Instead, the parties propose that they file another Joint Status Report on or before April 15, 2022, to allow ATF time to complete the supplemental search and review the records for possible release.

| | |
|---|---|
| Dated: March 1, 2022 | Respectfully submitted, |
| */s/ Stephen D. Stamboulieh* <br> Stephen D. Stamboulieh <br> STAMBOULIEH LAW, PLLC <br> P.O. Box 428 <br> Olive Branch, MS 38654 <br> (601) 852-3440 <br> stephen@sdslaw.us <br><br> *Attorneys for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar # 481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> */s/ Stephanie R. Johnson* <br> STEPHANIE R. JOHNSON <br> D.C. Bar # 1632338 <br> Assistant United States Attorney <br> United States Attorney's Office <br> Civil Division <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-7874 <br> Stephanie.Johnson5@usdoj.gov <br><br> *Attorneys for Defendant* |