UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEN SAVAGE,<br><br>*Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-03046 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's March 8, 2022, Minute Order, Plaintiff Len Savage and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking ATF records regarding submission samples. *See* ECF 1, Compl.

2. ATF completed an initial search and released records in November 2021. ATF made a second release of 131 pages in full or in part on April 14, 2022. As previously mentioned, ATF is currently completing a supplemental search and does not have a page count for the number of records that may need to be reviewed and processed, but ATF anticipates that there may be additional documents that need to be produced. ATF expects to complete its supplemental search by the end of May 2022.

3. Once ATF releases all non-exempt records, counsel for the parties will confer and attempt to narrow or resolve any substantive issues of disagreement. To that end, since there is limited information available at this time, it is impractical to propose a schedule for completing

the releases. Instead, the parties propose that they file another Joint Status Report on or before June 14, 2022, to allow ATF time to complete the supplemental search and review the records for possible release.

Dated: April 15, 2022

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for Defendant*