UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEN SAVAGE,<br><br>*Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-03046 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 19, 2022, Minute Order, Plaintiff Len Savage and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking ATF records regarding submission samples. *See* ECF 1, Compl.

2. ATF completed an initial search and released records in November 2021. ATF made a second release of 131 pages in full or in part on April 14, 2022. ATF completed its supplemental search and made a final release on June 8, 2022. Defendant has completed producing all non-exempt records.

3. Plaintiff requests additional time to review the Defendant's production.

4. Accordingly, the parties believe that summary judgment briefing is premature as Plaintiff needs additional time to review the completed production. Therefore, the parties propose submitting another Joint Status Report to this Court on or before July 14, 2022, updating the Court on the status of Plaintiff's review of the completed production and whether the parties will propose

a briefing schedule for any areas where the parties cannot come to an agreement.

| | |
|---|---|
| Dated: June 14, 2022 | Respectfully submitted, |
| | |
| */s/ Stephen D. Stamboulieh* | MATTHEW M. GRAVES, D.C. Bar # 481052 |
| Stephen D. Stamboulieh | United States Attorney |
| STAMBOULIEH LAW, PLLC | |
| P.O. Box 428 | BRIAN P. HUDAK |
| Olive Branch, MS 38654 | Chief, Civil Division |
| (601) 852-3440 | |
| stephen@sdslaw.us | */s/ Stephanie R. Johnson* |
| | STEPHANIE R. JOHNSON |
| *Attorneys for Plaintiff* | D.C. Bar # 1632338 |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-7874 |
| | Stephanie.Johnson5@usdoj.gov |
| | |
| | *Attorneys for Defendant* |