UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEN SAVAGE,<br><br>*Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-03046 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's June 14, 2022, Minute Order, Plaintiff Len Savage and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking ATF records regarding submission samples. *See* ECF 1, Compl.

2. ATF completed an initial search and released records in November 2021. ATF made a second release of 131 pages in full or in part on April 14, 2022. ATF completed its supplemental search and made a final release on June 8, 2022. Defendant has completed producing all non-exempt records and Plaintiff has completed his review of Defendant's production. Plaintiff agreed not to contest the adequacy of the search or the withholdings.

3. The parties have narrowed the issue to only Plaintiff's claims for attorney's fees.[1] The parties are in substantive discussion on this issue and need additional to complete those

---

[1] Any settlement agreement would require approval by authorized officials of the Department of Justice.

discussions. Accordingly, the parties believe that summary judgment briefing is premature. Therefore, the parties propose submitting another Joint Status Report to this Court on or before August 15, 2022, updating the Court on the status of the parties discussion and whether the parties will propose a briefing schedule for any areas where the parties cannot come to an agreement.

Dated: July 12, 2022                              Respectfully submitted,

*/s/ Stephen D. Stamboulieh*                      MATTHEW M. GRAVES, D.C. Bar # 481052
Stephen D. Stamboulieh                            United States Attorney
STAMBOULIEH LAW, PLLC
P.O. Box 428                                      BRIAN P. HUDAK
Olive Branch, MS 38654                            Chief, Civil Division
(601) 852-3440
stephen@sdslaw.us                                 */s/ Stephanie R. Johnson*
                                                  STEPHANIE R. JOHNSON
*Attorneys for Plaintiff*                         D.C. Bar # 1632338
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  Civil Division
                                                  601 D Street, N.W.
                                                  Washington, D.C. 20530
                                                  (202) 252-7874
                                                  Stephanie.Johnson5@usdoj.gov

                                                  *Attorneys for Defendant*